## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Gregory T. Shoultz | Case No.: _____ 16-32117 _____<br><br>Hearing Date: _____ 9/15/17 _____<br><br>Chapter: _____ 13 _____<br><br>Judge: _____ JNP _____ |

### NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____ Jerrold N. Poslusny, Jr. _____,
United States Bankruptcy Judge.

**Reason for Hearing:**        Debtor(s) Objection to Certification of Default Submitted

                                              by Chapter 13 Standing Trustee

**Location of Hearing:**        Courtroom No. __ 4C __
                                              Mitchell H. Cohen Courthouse

                                              400 Cooper Street, 4th Floor

                                              Camden, NJ  08101

**Date and Time:**              September 15, 2017 at 10:00 AM _____, or as
                                              soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ☒  **ARE REQUIRED**    ☐  **ARE NOT REQUIRED**

DATE: _____ July 25, 2017 _____                JEANNE A. NAUGHTON, Clerk

                                                             By: __ /s/  Joan Lieze _____
                                                                      Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____ July 25 _____, 20 17 this notice was served on the
following: Chapter 13 Standing Trustee
                Debtor(s)
                Attorney for Debtor

                                              JEANNE A. NAUGHTON, Clerk

                                              By: __ /s/  Joan Lieze _____
                                                       Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 16-32117-JNP
Gregory T. Shoultz                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Jul 25, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2017.
db              +Gregory T. Shoultz,   120 Fenway Avenue,   Atco, NJ 08004-3017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Steven N. Taieb    on behalf of Debtor Gregory T. Shoultz staieb@comcast.net
                                                                            TOTAL: 4