UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN N. TAIEB,
Attorney at Law
BY____/s/Steven N. Taieb,Esq._____
   Steven N. Taieb, ST8001
1155 Rt. 73, Suite 11
Mt. Laurel, NJ 08054
(856) 235-4994

Order Filed on September 25,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Gregory T. Shoultz

Case No.:      16-32117

Chapter:           13

Judge:            JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 25, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven N. Taieb,Esquire_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____ for a total of $_____400_____ . The allowance is payable:

 ☒  through the Chapter 13 plan as an administrative priority.

 ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____760_____ per month for _____50_____ months to allow for payment of the above fee.

*rev.8/1/15*