Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 16–32117–JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory T. Shoultz
   120 Fenway Avenue
   Atco, NJ 08004

Social Security No.:
   xxx–xx–7125

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              August 13, 2019
Time:             10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*86* – Certification in Opposition to (related document:85 Creditor's Certification of Default (related document:62 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 70 Order (Generic)) filed by Rebecca Ann Solarz on behalf of MIDFIRST BANK. Objection deadline is 07/23/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Steven N. Taieb on behalf of Gregory T. Shoultz. (Attachments: # 1 Certificate of Service) (Taieb, Steven)

and transact such other business as may properly come before the meeting.


Dated: July 22, 2019
JAN:

                                          Jeanne Naughton
                                          Clerk