Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 16–32117–JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory T. Shoultz
   120 Fenway Avenue
   Atco, NJ 08004

Social Security No.:
   xxx–xx–7125

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              August 18, 2020
Time:             11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*125* – Certification in Opposition to (related document:124 Creditor's Certification of Default (related document:19 Motion for Relief from Stay re: 120 Fenway Avenue, Atco NJ 08004. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 39 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 62 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 85 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 106 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 119 Amended Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 07/29/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Steven N. Taieb on behalf of Gregory T. Shoultz. (Attachments: # 1 Certificate of Service) (Taieb, Steven)

and transact such other business as may properly come before the meeting.

Dated: July 23, 2020
JAN: kaj

                                                    Jeanne Naughton
                                                    Clerk