Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  16−32117−JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory T. Shoultz
   120 Fenway Avenue
   Atco, NJ 08004

Social Security No.:
   xxx−xx−7125

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             August 18, 2020
Time:           11:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*125* − Certification in Opposition to (related document:124 Creditor's Certification of Default (related document:19 Motion for Relief from Stay re: 120 Fenway Avenue, Atco NJ 08004. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 39 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 62 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 85 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 106 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 119 Amended Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 07/29/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Steven N. Taieb on behalf of Gregory T. Shoultz. (Attachments: # 1 Certificate of Service) (Taieb, Steven)

and transact such other business as may properly come before the meeting.

Dated: July 23, 2020
JAN: kaj

                                                   Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Gregory T. Shoultz  
    Debtor

Case No. 16-32117-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 23, 2020  
                           Form ID: 173     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.  
db         +Gregory T. Shoultz,   120 Fenway Avenue,   Atco, NJ 08004-3017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Rebecca Ann Solarz   on behalf of Creditor   MIDFIRST BANK rsolarz@kmllawgroup.com  
        Steven N. Taieb   on behalf of Debtor Gregory T. Shoultz staieb@comcast.net, sntgale@aol.com  
                                                                                                                                                                                                             TOTAL: 5