UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

By /s/Steven N. Taieb,Esq.
   STEVEN N. TAIEB, ESQ.
Attorney at Law ST8001
4201 Church Rd., Suite 15
Mt. Laurel, NJ 08054
(856-235-4994)
Attorney for Debtor(s)

n Re:

GREGORY SHOULTZ

Case No.: 16-32117

Chapter: 13

Hearing Date 12/22/20

Judge: JNP

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Steven N. Taieb, Esquire

    x    am the attorney for: Gregory Shoultz

    ☐    am self-represented

    Phone number: (856)235-4994

    Email address: staieb@comcast.net

2. I request an adjournment of the following hearing:

    Matter: Motion to Compel Midfirst Bank To Endorse Checks

    Current hearing date and time: 12/22/20 11:00 am

    New date requested: 1/19/21 11:00 am

    Reason for adjournment request:

    The debtor still needs to get information to the creditor to
resolve this matter.

3.     I request an adjournment of confirmation:

       Current confirmation date and time:

       New date requested:

       Reason for adjournment request:

       Confirmation has been adjourned 0 previous times

       Trustee payments are current through

       The meeting of creditors under § 341(a) of the Code   x was conducted    ☐ was not conducted

4.     Consent to adjournment:

       x  I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____
_____

I certify under penalty of perjury that the foregoing is true.

Date: 12/16/20_                           */s/Steven N. Taieb, Esq.*
                                                      Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted               New hearing date: ___1/19/21 at 11_____        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

2

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**